IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY JUSTIN JOYNER**   **PETITIONER**
**ADC #140913**

v.   Case No: 4:22-CV-00183-LPR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**   **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED. All requested relief is DENIED. Judgment is hereby entered for the Respondent. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 28th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE